UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIC ZANDERS,

    Plaintiff,

    v.

DEPARTMENT OF LABOR & INDUSTRIES, ET AL.,

    Defendant.

Case No. C5-5556

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS

Plaintiff Eric DeEdwin Zanders has moved to proceed *in forma pauperis* in the above-entitled matter, but has failed to establish an inability to pay the expenses required to proceed with the action.

Plaintiff has also filed an application for court appointed counsel, indicating that he has contacted 13 attorneys. The Court, however, that Plaintiff's claims lack sufficient merit to warrant the appointment of counsel.

ACCORDINGLY,

IT IS ORDERED:

(1)   Plaintiff's application to proceed *In Forma Pauperis* (Dkt. #1) and application for court appointed counsel (Dkt.#4) are **DENIED**; and

(2)   The Clerk is directed to send copies of this Order to Plaintiff.

DATED this 2nd day of September, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1