UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIC ZANDERS,

    Plaintiff,

  v.

DEPARTMENT OF LABOR & INDUSTRIES, ET AL.,

    Defendant.

Case No. C5-5556

ORDER

Plaintiff Eric DeEdwin Zanders' motions to proceed *in forma pauperis* and for court appointed counsel was denied by the Court on September 2, 2005. Plaintiff continues, however, to file various documents in this case without payment of the required filing fee. In addition, Plaintiff continues to improperly file various documents in the Court's email order box. Plaintiff was previously warned about this practice as it does not provide for proper service on the parties or counsel. (*See* Case No. C04-5141FDB at Docket No. 55, Order Denying Plaintiff's Motion for Reconsideration of Dismissal). Plaintiff was also advised on previous occasions of the appropriate filing procedures and that any further improperly submitted documents or communications would not be considered by the Court.[1] *Id.* The Court was also forced to issue an Order directing Plaintiff to

---

[1] The voluminous size of the emails submitted by Plaintiff also causes delays in the Court's computer system and on several occasions has caused the system to "freeze."

ORDER - 1

cease filing documents in his previously dismissed case. *Id*. at Docket No. 55.

ACCORDINGLY,

IT IS ORDERED:

(1) Plaintiff shall immediately **CEASE and DESIST** filing documents in the Court's email order box;

(2) Plaintiff shall immediately **CEASE and DESIST** filing documents in this case until after he has paid the filing fee; said fee shall be paid on or before September 30, 2005; and

(3) Plaintiff's failure to comply with this Order shall result in appropriate sanctions.

DATED this  13th  day of September, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2