UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIC DeEDWIN ZANDERS,

    Plaintiff,

v.

CITY OF TACOMA POLICE DEPARTMENT, et al.,

    Defendant.

Case No. C05-5556FDB

ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE

Before the court is the motion of Plaintiff EricDeEdwin Zanders for an order dismissing this action so that he may pursue his claims in a parallel state court action.

ACCORDINGLY,

IT IS ORDERED:

(1)    Plaintiff's motion to voluntarily dismiss this action (Dkt.#35) is **GRANTED**;

(2)    Plaintiff's claims are **DISMISSED WITH PREJUDICE;**

(3)    Plaintiff is directed to file nothing further in this action and shall cease filing documents in the court's email orders box pursuant to prior orders.

DATED this 12th day of October, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1