UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIC D. ZANDERS,

    Plaintiff,

v.

CITY OF TACOMA POLICE DEPARTMENT, et al.,

    Defendants.

Case No. C5-5556FDB

ORDER DENYING PLAINTIFF'S MOTION TO REOPEN CASE

Before the court is the motion of Plaintiff Eric D. Zanders to reopen his case. Plaintiff's claims against Defendants were dismissed with prejudice on October 12, 2005 (*See* Docket No. 41). Plaintiff was ordered to discontinue filing materials in the captioned action and the court's email orders box.

ACCORDINGLY,

IT IS ORDERED:

(1) Plaintiff's motion to reopen his case (Dkt. No. 51) is **DENIED**;

(2) The Clerk of the Court shall not accept for filing from Eric D. Zanders any civil actions of any kind, unless accompanied by the appropriate filing fee. Any materials sent to the court without the appropriate filing fee will not be returned to Plaintiff;

ORDER - 1

and

(3)     Plaintiff shall not be allowed to file any further documents in the captioned matter, with the exception of a notice of appeal to the Ninth Circuit Court of Appeals.

DATED this <u>18th</u> day of November, 2005.

                                             FRANKLIN D. BURGESS
                                             UNITED STATES DISTRICT JUDGE

ORDER - 2